USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LEQUAN ELEY,

            Defendant.

No. 20-Cr-171 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        The Court has received a request from Defendant Lequan Eley, who is being detained at the MCC, asking that he be released on bond or, in the alternative, granted temporary release on bail pursuant to 18 U.S.C. § 3142(i)(4) in light of the spread of COVID-19 and his pre-existing health condition. No later than tomorrow, April 7, 2020, at 3 p.m., the Government shall advise the Court whether it has any objection to this request and, if so, provide the basis for that objection. To the extent that either party is requesting a hearing on that matter, that request shall also be made no later than April 7, 2020 at 3:00 p.m. In the event that a bail hearing is requested, Mr. Eley should inform the Court whether he waives his right to be present for that hearing. Finally, to the extent that medical records documenting Mr. Eley's preexisting medical condition are available, defense counsel shall submit those to the Court by April 7, 2020 at 3:00 p.m.

SO ORDERED.

Dated:    April 6, 2020
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge