USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LEQUAN ELEY,

                Defendant.

No. 20-Cr-171 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 5, 2020, Defendant Lequan Eley, who is being detained at the MCC, moved to be released on bond or, in the alternative, granted temporary release on bail pursuant to 18 U.S.C. § 3142(i)(4) in light of the spread of COVID-19 and his pre-existing health condition. On April 7, the Government opposed Mr. Eley's request.

      It is hereby ordered that counsel for all parties must appear by telephone for an oral argument on the motion on **April 10, 2020 at 1:30 p.m**. Counsel for all parties, and all interested members of the public, must attend the hearing by calling (888) 363-4749 and using the access code 1015508. The MCC is ordered to produce Mr. Eley for this telephone conference.

      If Mr. Eley's counsel is able to speak to Mr. Eley prior to this scheduled telephone hearing and is able to confirm that Mr. Eley (1) consents to a remote proceeding and (2) waives his right to appear, counsel should notify the Court immediately.

SO ORDERED.

Dated:    April 8, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge