

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2020

**By ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference is adjourned to June 1, 2020 at 12:00 p.m. The parties shall use the following dial-in information: Call-in number: (888) 363-4749. Access code: 1015508.  Time is excluded until June 1, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(a).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> May 18, 2020

Re:    *United States* v. *Lequan Eley*, 20 CR 171 (RA)

Dear Judge Abrams,

      The Government writes on behalf of the parties to request respectfully an adjournment of the conference set for May 22, 2020 to June 1, 2020 at 12:00 PM, a date and time that the parties understand from chambers is convenient for the Court and at which the defendant is able to participate via teleconference from the Metropolitan Correctional Center ("MCC").  The Government understands from counsel to the defendant that the defendant wishes to have additional time in which to review certain discovery to which the Government has no objection. With the consent of the defendant, the Government requests respectfully that the Court exclude time under the Speedy Trial Act from May 22, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interest of the public and the defendant in a speedy trial are outweighed here by the interest of the defendant in having a further opportunity to review discovery provided to date and consider any possible pre-trial motions or pre-trial dispositions, an exclusion that the Government further submits is appropriate at this time in light of the national emergency declared over the coronavirus pandemic.

      Respectfully,

      GEOFFREY S. BERMAN
      United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Matthew Galluzzo (Counsel to Lequan Eley) (By ECF)