UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/28/2020

UNITED STATES OF AMERICA,

v.

LEQUAN ELEY,

Defendant.

No. 20-CR-171 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A conference is scheduled for June 1, 2020 at 9:00 a.m. and will be held telephonically.  The parties shall use the below dial in information:

Call-in Number: (888) 363-4749

Access Code: 1015508

SO ORDERED.

Dated:    May 28, 2020
            New York, New York

Ronnie Abrams
United States District Judge