

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2020

**By ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference is adjourned to August 10, 2020 at 12:00 p.m. and will be held by telephone. Time is excluded until August 10, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. 3161(h)(7)(a).
>
> SO ORDERED.
>
> *[signature]*
> Ronnie Abrams, U.S.D.J.
> July 30, 2020

   Re:   *United States* v. *Lequan Eley*, 20 CR 171 (RA)

Dear Judge Abrams,

   The Government writes on behalf of the parties to request respectfully an adjournment of the conference set for July 31, 2020 to August 10, 2020 at 12:00 PM or August 12, 2020 at 12:00 PM.  The parties understand from chambers that the Court must adjourn the previously scheduled conference and that the earliest dates on which the defendant is next able to participate via teleconference from the Metropolitan Correctional Center is August 10, 2020 or August 12, 2020. With the consent of the defendant, the Government requests respectfully that the Court exclude time under the Speedy Trial Act from July 31, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interest of the public and the defendant in a speedy trial are outweighed here by the interest of the defendant in being able to participate in the conference, an exclusion that the Government further submits is appropriate at this time in light of the national emergency declared over the coronavirus pandemic.

               Respectfully,

               AUDREY STRAUSS
               Acting United States Attorney

           By: *Thomas John Wright*
               Thomas John Wright
               Assistant United States Attorney
               (212) 637-2295

cc: Matthew Galluzzo (Counsel to Lequan Eley) (By ECF)