USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEQUAN ELEY,<br><br>Defendant. | No. 20-CR-171 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

A conference is scheduled for August 10, 2020 at 12:00 p.m. and will be held telephonically. The parties shall use the below dial in information:

Call-in Number: (888) 363-4749

Access Code: 1015508

SO ORDERED.

Dated: August 6, 2020
   New York, New York

Ronnie Abrams
United States District Judge