USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-171 |
| v. | |
| LEQUAN ELEY, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The CourtCall video conference is scheduled for Friday September 18, 2020 at 9:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

Pin: 9921299#

SO ORDERED.

Dated:   September 15, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge