UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/18/2021

UNITED STATES OF AMERICA,

v.

LEQUAN ELEY,

Defendant.

No. 20-CR-171 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall conference is scheduled for Friday February 19, 2021 at 9:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 32091812#

PIN: 9921299#

SO ORDERED.

Dated:    February 18, 2021
          New York, New York

Ronnie Abrams
United States District Judge