

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2022

**By ECF and Email**

| | |
|---|---|
| The Honorable Ronnie Abrams<br>United States District Judge<br>Southern District of New York<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 | Application granted.  The violation of supervised release proceeding is adjourned to June 30, 2022 at 2:00 p.m.<br><br>SO ORDERED.<br><br>_____<br>Ronnie Abrams, U.S.D.J.<br>June 6, 2022 |

Re:   *United States* v. *Lequan Eley*, 20 CR 171 (RA)

Dear Judge Abrams,

   The Government writes on behalf of the parties to respectfully request an adjournment of the violation of supervised release proceedings scheduled for tomorrow, Tuesday, June 7, 2022, to Thursday, June 30, 2022 at 2:00 PM, a date and time that the parties understand is convenient for the Court.  The parties expect that the adjournment will allow the parties to proceed, as previously anticipated, to a disposition of the pending specifications and, at the request of the defendant, the imposition of sentence at the next appearance.

          Respectfully,

          DAMIAN WILLIAMS
          United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Probation Officer Washington Herrera (United States Probation Office) (by email)
    James Neuman (Counsel to Lequan Eley) (by ECF and email)