# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 13, 2022

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *United States v Eley,* 20 Cr. 171 (RA)

Your Honor:

      As you may recall, on June 30, 2022, the parties appeared before this Court so that my client, Lequan Eley, could admit certain violations of supervised release and proceed immediately to be sentenced. After some colloquy, this Court found Mr. Eley's allocution sufficient but directed the parties to file written submissions by July 14, 2022, addressing certain factual issues raised during the conference. Since that conference, I have met with Mr. Eley twice, most recently this morning. During our meeting this morning, Mr. Eley made it clear to me that he wishes to have another attorney appointed in my place.

      Upon reflection, I agree with Mr. Eley that it is in his best interest to have a different lawyer represent him on this matter. Mr. Eley has clearly lost confidence in my representation, thereby making it difficult for me to represent him effectively. Indeed, the absence of trust is hindering the preparation of a sentencing submission. Accordingly, I request that new counsel be appointed as soon as is practicable.

      Respectfully submitted,

      _/s/_
      James E. Neuman