

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2022

**By ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 15, 2022

    **Re:**    *United States* **v.** *Lequan Eley*, **20 CR 171 (RA)**

Dear Judge Abrams,

    The Government writes on behalf of the Government and Probation to respectfully request a stay of the previously scheduled sentencing proceedings pending the conference set for July 20, 2022 at 2:00 PM at which the Court will now address the issue of defendant's representation in those proceedings. The Government apologizes for having not sought such a stay earlier this week following the application of the defendant's appointed counsel to be relieved.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By: Thomas John Wright
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Probation Officer Washington Herrera (United States Probation Office) (by email)
    James Neuman (Counsel to Lequan Eley) (by ECF)