Case 1:20-cr-00171-RA   Document 55   Filed 07/21/22   Page 1 of 1

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-21-2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LEQUAN ELEY,

                Defendant.

No. 20-CR-171

ORDER

RONNIE ABRAMS, United States District Judge:

       The CJA attorney assigned to receive cases on this day, Christopher Wright, is hereby ordered to assume representation of the defendant in the above captioned matter. Mr. James E. Neuman is relieved as counsel. Mr. Neuman shall provide Mr. Wright with all materials.

    The parties shall file a joint status letter within two weeks proposing a new date for sentencing, deadlines to file their sentencing submissions and advising the Court as to whether an evidentiary hearing is required.

SO ORDERED.

Dated:   July 21, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge