

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 5, 2022

**By ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.  An evidentiary hearing will be held on October 4, 2022 at 10:00 a.m. and proceed directly into sentencing.

SO ORDERED.

Re:   *United States* v. *Lequan Eley*, 20 CR 171 (RA)

Ronnie Abrams, U.S.D.J.
August 8, 2022

Dear Judge Abrams,

      The Government respectfully submits this letter on behalf of the parties to request that the Court schedule the sentencing for the ongoing violation of supervised release proceedings for a date and time of convenience to the Court during the week of Monday, October 3, 2022 when the parties are generally available with the exception of the afternoon of Thursday, October 6, 2022.  At the sentencing, the parties do respectfully request that the Court conduct an evidentiary hearing in anticipation of the defendant's current intent to contest one or more factual allegations contained in the specifications whose alleged violations of state law he has admitted.  At present, the Government anticipates calling no more than one law-enforcement witness to testify at the contemplated evidentiary hearing, which would follow an approximately six-week trial that the recently appointed counsel to the defendant, Christopher Wright, Esq., is set to begin in the Eastern District of New York during the week of Monday, August 15, 2022.  Finally, the parties respectfully request to file their sentencing submissions one week prior to the date set for the sentencing.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Probation Officer Washington Herrera (United States Probation Office) (by email)
    Christopher Wright (Counsel to Lequan Eley) (by ECF)