# WL| Wright Law
### ATTORNEY AT LAW

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

September 23, 2022

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

     **Re:**  *United States* **v.** *Lequan Eley, 20 CR 171 (RA)*

Dear Judge Abrams:

  I write in regard to defendant Lequan Eley's Violation of Supervised Release (VOSR) evidentiary hearing scheduled for October 4, 2022. I am currently engaged on a jury trial before Hon. Hector Gonzalez in the U.S. District Court, Eastern District of New York on the matter of *US v. Anthony Zottola et al (18-cr-00609-HG)* which is likely to continue through the end of October.

  Since I cannot appear on October 4 for Mr. Eley, I respectfully request an adjournment of his VOSR hearing. I have informed AUSA Thomas Wright of my scheduling conflict, and the Government graciously consents to this adjournment. The parties would be available to schedule the VOSR hearing during the week starting Monday, November 7, 2022 or during the week starting Monday, November 14, 2022. We are unavailable from November 21, 2022 through December 2, 2022.

  Finally, the parties respectfully request to file sentencing submissions one week prior to the date set for the VOSR hearing.

                Sincerely,
                /s/
                Christopher Wright

  cc: Thomas Wright
    Assistant United States Attorney