# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

October 31, 2022

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *United States* **v.** *Lequan Eley 20-CR-00171* **(RA)**

Dear Judge Abrams:

    I am counsel for the above defendant, Lequan Eley, and write this morning to update the Court regarding his pending Violation of Supervised Release (VOSR) evidentiary hearing scheduled for November 7, 2022 at 11:00am.

    Having met with Mr. Eley in-person at the MDC-Brooklyn jail, we discussed at length his options in regard to his pending VOSR, and he has directed me to inform the Court that he does not want to contest the factual allegations contained in the pending VOSR specifications. Mr. Eley is therefore willing to waive his VOSR evidentiary hearing, and he stands ready to admit to the allegations contained in the VOSR specifications pending against him.

    I have already informed AUSA Thomas Wright regarding Mr. Eley's decision to waive his VOSR hearing, and that Mr. Eley will admit to the pending VOSR specifications.

| | |
|---|---|
| The Court will hold a change of plea on the pending VOSR specifications on November 7, 2022 at 11:00 a.m. | Sincerely,<br>/s/<br>Christopher Wright |

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 31, 2022