**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
        -against-                        :         ORDER
                                         :
                                         :
                                         :     _____
                                         :          Docket #
                                         :
----------------------------------------x
```

_____
     Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

                                **SO ORDERED**.

                                _____

     August 7, 2025
**Dated:  New York, New York**